427 A.2d 1212

Commonwealth v. Dell, Appellant.

Submitted September 13, 1979. S. Joseph Larkin, for appellant;   Samuel Teeter, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgments of sentence are affirmed.